**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01397-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

MICHAEL D. REA, II, and
ANTHONY L. JIMENEZ, SR.,

    Plaintiffs,

v.

MICHELLE RUFFINI, AVCF Mailroom,
COLO. DEPT. OF CORRECTIONS,
RICK RAMISH,
WARDEN RANDY LIND, et al.,
STEVE LUCERO, "STG" Coordinator,
SECURITY MJR. HOUSTON, and
ATTORNEY GENERAL JOHN SUTHERS, et al.,

    Defendants.

**ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES**

Plaintiffs are inmates at the Arkansas Valley Correctional Facility in Ordway, Colorado. Plaintiffs have submitted to the court a Prisoner Complaint (ECF No. 1) challenging the conditions of their confinement and a Notice of Entry of Appearance and Potential Class Action Status (ECF No. 3). As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the documents are deficient as described in this order. Plaintiffs will be directed to cure the following if they wish to pursue their claims. Any papers that Plaintiffs file in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   xx    is not submitted (each Plaintiff must submit an individual motion)
(2)   ___  is missing affidavit
(3)   xx    is missing certified copy of each prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___  is missing certificate showing current balance in prison account
(5)   ___  is missing required financial information
(6)   xx    is missing authorization from each Plaintiff to calculate and disburse filing fee payments
(7)   ___  is missing an original signature by the prisoner
(8)   ___  is not on proper form (must use the court's current form)
(9)   ___  names in caption do not match names in caption of complaint, petition or habeas application
(10) xx    other: motions and supporting documents are necessary only if fees totaling $400.00 are not paid in advance.

**Complaint, Petition or Application**:
(11) ___  is not submitted
(12) ___  is not on proper form
(13) ___  is missing an original signature by the prisoner
(14) ___  is missing page nos. ___
(15) xx    uses et al. instead of listing all parties in caption
(16) ___  names in caption do not match names in text
(17) ___  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___  other: _____.

Accordingly, it is

ORDERED that Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiffs shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of a case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that any Plaintiff who fails to cure the designated

deficiencies **within thirty (30) days from the date of this order** will be dismissed as a party to this action without further notice.  The dismissal shall be without prejudice.

DATED May 19, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge