IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01397-LTB

MICHAEL D. REA, II, and
ANTHONY L. JIMENEZ, SR.,

      Plaintiffs,

v.

MICHELLE RUFFINI, AVCF Mailroom,
COLO. DEPT. OF CORRECTIONS,
RICK RAMISH,
WARDEN RANDY LIND, et al.,
STEVE LUCERO, "STG" Coordinator,
SECURITY MJR. HOUSTON, and
ATTORNEY GENERAL JOHN SUTHERS, et al.,

      Defendants.

---

## JUDGMENT

---

      Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on June 27, 2014, it is hereby

      ORDERED that Judgment is entered in favor of Defendants and against

Plaintiffs.

      DATED at Denver, Colorado, this 27th day of June, 2014.

                  FOR THE COURT,

                  JEFFREY P. COLWELL, Clerk


                  By: s/K Lyons
                    Deputy Clerk